THE PEOPLE ex rel. PATRICK BYRNE, Respondent, *v.* TIMOTHY L. WOODRUFF, as Commissioner of the Department of Parks of the City of Brooklyn, Appellant.

*People ex rel. Byrne* v. *Woodruff*, 11 App. Div. 630, affirmed.
(Argued March 1, 1897; decided March 16, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 28, 1896, which reversed on certiorari, a decision of the commissioner of parks of the city of Brooklyn removing the relator from the police force in the park department, and directed his reinstatement.

*Joseph A. Burr* for appellant.

*Isaac M. Kapper* for respondent.

Order affirmed, with costs; no opinion.
All concur.